UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                 Case No.: 17-34136-JNP
                                                             Chapter: vchChapter

Thelma O. Fireall-shepperson           Judge:    Jerrold N. Poslusny Jr.

### NOTICE OF PROPOSED ABANDONMENT

      DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on February 27, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$124,480.00  203 Patterson Avenue  Egg Harbor Township, NJ  08234

Liens on property:

$139,000.00  Bank of America

Amount of Equity claimed as exempt:

$0

Objections must be served on, and requests for additional information directed to:

Name:        Douglas S. Stanger

Address:     646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.  (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 17-34136-JNP
Thelma O. Fireall-Shepperson                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Jan 25, 2018
                               Form ID: pdf905         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
```
db              +Thelma O. Fireall-Shepperson,    203 Patterson Avenue,    Egg Harbor Township, NJ 08234-9327
517203535       +Amazon.com,    PO Box 15153,    Wilmington, DE 19886-5153
517203537      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    PO Box 982238,    El Paso, TX 79998)
517203536       +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517203538       +Boscov's,    PO Box 4116,    Reading, PA 19606-0516
517203539       +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
517203540       +Chase,    PO Box 15123,    Wilmington, DE 19886-5123
517203541       +Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
517203542       +Credit First,    PO Box 81344,    Cleveland, OH 44181-0344
517203546      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                 (address filed with court:   Fifth Third Bank,    5050 Kinglsley DRMD,    Cincinnati, OH 45263)
517203547       +GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
517203548       +Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
517203553       +Sears,    PO Box 182149,    Columbus, OH 43218-2149
517203554       +Selip & Stylianou, LLC,     PO Box 0914,    Paramus, NJ 07653-0914
517203559       +TD Bank/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
517203557       +Target National Bank,    PO Box 660170,    Dallas, TX 75266-0170
517203560       +Tenaglia & Hunt,    395 West Passaic Street,    Rochelle Park, NJ 07662-3016
517203561       +Zwicker and Associates,    800 Federal Street,    Andover, MA 01810-1067
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2018 22:22:24      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2018 22:22:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517203534      +E-mail/Text: mary.stewart@abcofcu.org Jan 25 2018 22:22:28      ABCO FCU,    PO Box 247,
                 Rancocas, NJ 08073-0247
517203543      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 25 2018 22:28:55      Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
517203545       E-mail/Text: mrdiscen@discover.com Jan 25 2018 22:22:19      Discover,    PO Box 15316,
                 Wilmington, DE 19850
517203544      +E-mail/PDF: pa_dc_ed@navient.com Jan 25 2018 22:28:46      Dept of Education/Navient,
                 PO Box 9635,   Wilkes Barre, PA 18773-9635
517203549      +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 22:28:54      Lowe's,    PO Box 960010,
                 Orlando, FL 32896-0010
517203550      +E-mail/Text: bankruptcy@sccompanies.com Jan 25 2018 22:22:30      Midnight Velvet,
                 1112 7th Avenue,   Monroe, WI 53566-1364
517203551      +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 22:28:46      Sam's Club,    PO Box 981064,
                 El Paso, TX 79998-1064
517203552      +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 22:28:46      Sam's Club Discover,
                 PO Box 965005,   Orlando, FL 32896-5005
517208267      +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 22:28:54      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517203555      +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 22:28:46      Synchrony Bank,    PO Box 965036,
                 Orlando, FL 32896-5036
517203556      +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 22:28:54      Synchrony Bank/Walmart,
                 PO Box 965024,   Orlando, FL 32896-5024
517203558       E-mail/Text: bankruptcy@td.com Jan 25 2018 22:22:24      TD Bank,    1701 Route 70 East,
                 Cherry Hill, NJ 08003
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 25, 2018
                              Form ID: pdf905          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
              Brian S. Thomas    on behalf of Debtor Thelma O. Fireall-Shepperson brian@brianthomaslaw.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2017-PM15 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```